# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1670
_____

DERRICK LAMAR WALKER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

August 13, 2025

PER CURIAM.

Because the trial court has ruled on Petitioner's motion for clarification and motion to compel discovery, the Court dismisses the petition and amended petition for writ of mandamus as moot. *See Granville v. State*, 382 So. 3d 792 (Fla. 1st DCA 2024).

RAY, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Derrick Lamar Walker, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.